UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN ALLEN SWITEK,

    Plaintiff,

v.

MIDLAND COUNTY JAIL, *et al.*,

    Defendants.

Case No. 21-cv-12711
Hon. Matthew F. Leitman

_____/

### ORDER OVERRULING PLAINTIFF'S OBJECTION (ECF No. 19) TO ORDER DIRECTING SERVICE OF SUMMONS AND COMPLAINT ON MIDLAND COUNTY

On August 17, 2022, the assigned Magistrate Judge entered an order directing the United States Marshals to serve the Summons and Complaint on Defendant Midland County. (*See* Order, ECF No. 15.)  Plaintiff Benjamin Switek, proceeding pro so, has objected to that order. (*See* Objection, ECF No. 19.)  The Objection is OVERRULED because it does not even attempt to show any error in the order. Instead, the bulk of the Objection addresses Midland County's alleged failure to timely respond to the Complaint.[1]  That is not a basis for relief from the order.

---

[1] The County had not even been served with the Summon and Complaint by the time that Switek filed his Objection, and thus his complaints about the County's tardy response were misplaced.

1

Moreover, Switek does not seem to understand that the order actually helped him by advancing the proceedings in his case.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: March 21, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2023, by electronic means and/or ordinary mail.

    s/Holly A. Ryan
    Case Manager
    (313) 234-5126