UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN ALLEN SWITEK,

    Plaintiff,

v.

    Case No. 21-cv-12711
    Hon. Matthew F. Leitman

MIDLAND COUNTY JAIL, *et al.*,

    Defendants.
_____/

## ORDER OVERRULING PLAINTIFF'S OBJECTION (ECF No. 32) TO ORDER (ECF No. 26)

In this action, Plaintiff Benjamin Switek, proceeding pro se, brings claims against Midland County. On December 9, 2022, the assigned Magistrate Judge entered an order denying a motion to compel discovery by Switek and a motion for default judgment by Switek. (*See* Order, ECF No. 26.) The Magistrate Judge explained that the motion to compel was improper because Switek had not properly served the discovery requests at issue upon Midland County. (*See id.*) And the Magistrate Judge explained that the motion for default judgment was premature. (*See id.*) Switek has now filed an Objection to the order. (*See* Objection, ECF No. 32.)

1

The Objection is OVERRULED because Switek has not demonstrated any error in the order.

   **IT IS SO ORDERED.**

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated:  March 21, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2023, by electronic means and/or ordinary mail.

                                             s/Holly A. Ryan
                                             Case Manager
                                             (313) 234-5126